**John W. FISHBACK, Plaintiff— Appellant,**

v.

**Bobby SHEARIN, Warden; Richard Graham, Jr., Asst. Warden; Gary D. Maynard, Secretary of Public Safety and Correctional Services; Unknown Employees, Former Employees, Con-tractors and Former Contractors of the North Branch Correctional Institution and Roxbury Correctional Institution, Defendants—Appellees,**

and

**John A. Rowley, Defendant.**

No. 12–6186.

United States Court of Appeals, Fourth Circuit.

Submitted: April 19, 2012.

Decided: May 3, 2012.

John W. Fishback, Appellant Pro Se. Stephanie Judith Lane–Weber, Assistant Attorney General, Baltimore, Maryland, for Appellees.

Before NIEMEYER, DUNCAN, and WYNN, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

John W. Fishback seeks to appeal the district court's orders granting the motion to dismiss his claims against one Defendant, granting counsel's motion to withdraw, and denying his motion to appoint new counsel, stay discovery, and modify scheduling order. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2006), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2006); Fed.R.Civ.P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.,* 337 U.S. 541, 545–46, 69 S.Ct. 1221, 93 L.Ed. 1528

(1949). The orders Fishback seeks to appeal are neither final orders nor appealable interlocutory or collateral orders. Accordingly, we dismiss the appeal for lack of jurisdiction. We deny the motion for appointment of counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*